DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANK UGENTI** and **CHERYL UGENTI,**
Appellants,

v.

**FLORIDA INSURANCE GUARANTY ASSOCIATION, INC.,**[1]
Appellee.

No. 4D2021-2564

[April 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE20-009059.

Michael C. Fischetti, of The Mineo Salcedo Law Firm, P.A., Davie, for appellants.

Warren B. Kwavnick and Kelly Lenahan, of Cooney Trybus Kwavnick Peets, P.A., Ft. Lauderdale, for appellee Fednat Insurance Co.

Hinda Klein, of Conroy Simberg, Hollywood, for appellee Florida Insurance Guaranty Association, Inc.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***

---

[1] On September 8, 2023, this Court issued an order substituting Florida Insurance Guaranty Association, Inc., for Fednat Insurance Company.